MICHAEL T. HUA, ESQ.
Nevada Bar No. 14547
JERICHO L. REMITIO, ESQ.
Nevada Bar No. 11446
**MICHAEL T. HUA LAW**
6145 W. Spring Mountain Rd., Ste. 201
Las Vegas, Nevada 89146
efile@michaelhua.com
Tel: (702) 852-2228
Fax: (702) 832-0266
*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MAYELIN SOCARRAS-VALLE, an individual; BRYAN SUAREZ-SOCARRAS, an individual; and MILEYDIS TANIA SUAREZ-RODRIGUEZ, an individual.

Plaintiff,

v.

ANTONIO LABRADA-MEDINA, an individual; TO AUTO TRANSPORT LLC, a limited-liability company; ARIEL POSADO-PEREZ, an individual; and ISMARY TORNA-RODRIGUEZ, an individual; and DOES I through X, an inclusive; and ROES Business Entities I through X, an inclusive,

Defendants.

Case No.: 2:26-cv-01749-APG-EJY

**STIPULATION TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER (FIRST REQUEST)**

**SUBMITTED IN COMPLIANCE WITH LR 26-1(B)**

Plaintiffs' MAYELIN SOCARRAS-VALLE, BRYAN SUAREZ-SOCARRAS, and MILEYDIS TANIA SUAREZ-RODRIGUEZ by and through their counsel of record MICHAEL T. HUA, ESQ. and JERICHO L. REMITIO, ESQ. of MICHAEL T. HUA LAW and Defendants' ANTONIO LABRADA-MEDINA and TO AUTO TRANSPORT LLC, by and through their counsel of record CHRISTINE M. BOOZE with the law firm WINNER & BOOZE, stipulate and agree that the discovery scheduled be extend pursuant to LR 26-4.

**I. Discovery Conducted to Date (LR 2604(a))**

Both parties have submitted their initial FRCP 26.1 disclosures. Plaintiff has served written discovery requests thereto. Plaintiff has provided Defendant with requested authorizations, allowing

Defendant the ability to request Plaintiff's medical records. Defendants have served plaintiffs with written discovery.

**II. Discovery to be Conducted (LR 26-4(b))**

1. Plaintiffs' Depositions;
2. Defendant's employees and/or FRCP 30(b)(6) depositions;
3. Expert designations;
4. Expert Depositions;
5. Medical provider depositions.

**III. The Reasons for Remaining Discovery Cannot Be Completed within the Time Limits Set by the Discovery Plan (LR 26-4(c))**

Plaintiff's counsel was recently diagnosed with pancreatic cancer and is currently undergoing intensive on-going chemotherapy treatments affecting discovery schedules of cases he is handling.

**I. Proposed Schedule for Completing All Remaining Discovery (LR 26-4(d))**

The current discovery deadlines are as follows:

| | |
|---|---|
| 1. Discovery Cutoff (LR 26-1(b)(1)): | January 25, 2027 |
| 2. Amend Pleadings and Add Parties (LR 26-1(b)(2)): | October 27, 2026 |
| 3. Initial Expert Disclosures (LR 26-1(b)(3)): | November 30, 2026 |
| 4. Rebuttal Expert Disclosures (LR 26-1(B)(3): | December 30, 2026 |
| 5. Dispositive Motions (LR 26-1(b)(4)): | February 24, 2027 |
| 6. Joint Pre-Trial Order (LR 26-1(b)(5), (6)): | March 26, 2027 |

/ / /

/ / /

/ / /

/ / /

/ / /

The parties propose extending all discovery deadlines by ninety (60) days as follows:

| | |
|---|---|
| 1. Discovery Cutoff (LR 26-1(b)(1)): | March 26, 2027 |
| 2. Amend Pleadings and Add Parties (LR 26-1(b)(2)): | December 28, 2026 |
| 3. Initial Expert Disclosures (LR 26-1(b)(3)): | January 29, 2027 |
| 4. Rebuttal Expert Disclosures (LR 26-1(B)(3): | March 1, 2027 |
| 5. Dispositive Motions (LR 26-1(b)(4)): | April 26, 2027 |
| 6. Joint Pre-Trial Order (LR 26-1(b)(5), (6)): | May 25, 2027 |

DATED this 16th day of October 2026.

**MICHAEL T. HUA LAW**

*/s/ Jericho L. Remitio*

MICHAEL T. HUA, ESQ.
Nevada Bar No. 14547
ANJAN GEWALI, ESQ.
Nevada Bar No. 14054
6145 W. Spring Mountain Rd., Ste. 201
Las Vegas, NV 89146
*Attorneys for Plaintiffs*

DATED this 27th day of October 2026.

**WINNER & BOOZE**

CHRISTINE M. BOOZE
Nevada Bar No. 7610
ZACHARY W. LIVINGSTON
Nevada Bar No. 15954
1117 South Rancho Drive
Las Vegas, Nevada 89102
*Attorneys for Defendants Antonio Labrada-Medina ana To Auto Transport LLC*

**IT IS SO ORDERED.**
October 27, 2026

MAGISTRATE JUDGE ELAYNA J. YOUCHAH